UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMY JACOB MORALES BEY,<br><br>         Plaintiff,<br><br>  -against-<br><br>20TH PRECINCT; D & M TOWING,<br><br>         Defendants. | 25-cv-2651 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the June 03, 2025, order, the Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Plaintiff's filing a new civil action.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  June 4, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge